UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/12/2019__

PRAKASH MELWANI,                                     :
                                                     :
                                  Plaintiff,         :          17 Civ. 7452 (LGS)
                                                     :
                    -against-                        :               ORDER
                                                     :
NATURE REPUBLIC INTERNATIONAL LLC, :
et al.,                                              :
                                                     :
                                  Defendants.        :
                                                     :
--------------------------------------------------------------:
                                                     X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on March 27, 2019, Judge Parker filed a Report and Recommendation (the

"Report") recommending awarding Plaintiff (1) a $908,627.67 money judgment, representing

Plaintiff's actual damages trebled under 15 U.S.C. § 1117(b) and (2) post-judgment interest on

these damages from the date this judgment is entered, at the interest rate in 28 U.S.C. § 1961;

        WHEREAS, the Report stated that the parties "shall have fourteen days from the service

of this Report and Recommendation to file written objections;"

        WHEREAS, no objections were timely filed;

        WHEREAS, in reviewing a Report and Recommendation of a magistrate judge, a district

judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made

by the magistrate judge." 28 U.S.C. § 636(b)(1).  "In a case such as this one, where no timely

objection has been made, a district court need only satisfy itself that there is no clear error on the

face of the record." *Poulos, v. City of New York*, No. 14 Civ. 3023, 2018 WL 3745661, at *1

(S.D.N.Y. Aug. 6, 2018) (internal quotation marks omitted);

        WHEREAS, the Court finds no clear error on the face of the record.  It is hereby

**ORDERED** that the Report is adopted.  Plaintiff shall be awarded a $908,627.67 money judgment and post-judgment interest from the date of this order under 28 U.S.C. § 1961.  The Clerk of Court is respectfully directed to enter judgment in favor of Plaintiff and to close the case.

Dated: April 12, 2019
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE